Rosemary O. SLATTERY, Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

No. 2009–3095.

United States Court of Appeals,
Federal Circuit.

March 5, 2009.

Thomas G. Roth, West Orange, NJ, for Petitioner.

ON MOTION

ORDER

Upon consideration of Rosemary O. Slattery's unopposed motion (1) for reconsideration of the court's order dismissing her petition for review for failure to pay the docketing fee, and (2) for reinstatement, the fee now having been paid,

IT IS ORDERED THAT:

(1) The motions are granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

(2) Slattery's brief is due within 30 days of the date of filing of this order.